KAREN L. LOEFFLER
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HOMER MILLS and NORMA MILLS, | Case No. 3:11-cv-00201-SLG |
| Plaintiffs, | **STIPULATION TO DISMISS** |
| vs. | |
| UNITED STATES OF AMERICA | |
| Defendant. | |

The parties, through undersigned counsel, stipulate that all claims in this action may be dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

RESPECTFULLY SUBMITTED this 21st of November, 2012, in Anchorage, Alaska.

        KAREN L. LOEFFLER
        United States Attorney

        s/ Richard L. Pomeroy
        Assistant U.S. Attorney
        Attorney for Defendant


        DARRYL L. THOMPSON, P.C.

        s/ Darryl L. Thompson (consent)
        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2012, a copy of the foregoing was served via electronic service on:

Darryl Thompson

s/ Richard L. Pomeroy

Mills v.USA       -2-
Case No. 3:11-cv-00201 SLG